DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TONY MOORE HICKMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3235

[January 23, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2016-CF-005607-AXXX-MB.

Carey Haughwout, Public Defender, and Logan T. Mohs, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Paul Patti III, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Appellant appeals the revocation of his probation raising multiple issues on appeal. We affirm all issues. However, we remand with instructions for the trial court to correct the written revocation order to conform to the trial court's oral pronouncement, which found two grounds for revocation: felon in possession of a firearm and felon in possession of ammunition. *See Walker v. State*, 243 So. 3d 1013 (Fla. 4th DCA 2018). We also remand with instructions for the trial court to enter a corrected written order, consistent with the trial court's oral pronouncement, finding that appellant poses a danger to the community. *See Arnone v. State*, 204 So. 3d 556, 557 (Fla. 4th DCA 2016).

*Affirmed and remanded with instructions.*

GROSS, LEVINE and FORST, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*